1 Martha G. Bronitsky
Chapter 13 Standing Trustee
2 6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
3 (925) 621- 1900
13trustee@oak13.com
4

5 Trustee for Debtor(s)

The following constitutes
the order of the court. Signed June 20, 2014

*M. Elaine Hammond*

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6

7

8

9

10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

11 In Re
12 Pamela Kimberly Bridant

Debtors(s)

Chapter 13 Case Number:
13-41335-MEH13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

13

14

15 **ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

16     Upon consideration of the declaration dated June 18, 2014 of Martha G. Bronitsky, Chapter 13

17 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan;

18 upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served

19 the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR

20 FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

21

22

23     IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any

24 restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later

25 date her Trustee's Final Report for approval by the Court.

26                              END OF ORDER

# COURT SERVICE LIST

Pamela Kimberly Bridant
384 Tennent Ave
Pinole, CA  94564

(Debtor)

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA  94612

(Counsel for Debtor)

Ca Emr Phys Med Group
Po Box 582663
Modesto, CA  95358-0046

California Service Bureau/True North Ar
100 Wood Hollow Dr #200
Novato, CA  94945

Capital One Bank Na
Po Box 12907
Norfolk, VA  23541

Cavalry Portfolio Services Llc
500 Summit Lake Dr #400
Valhalla, NY  10595-1340

Cavalry Portfolio Services Llc
Po Box 27288
Tempe, AZ  85285-7288

City Of Pinole C/O Amerinational Community Svces
8121 E Florence Ave
Downey, CA  90240

Comcast Cable
8014 Bayberry Road
Jacksonville, FL  32256-7412

Franchise Tax Board
Po Box 2952
Sacramento, CA  95812-2952

Hsbc Bank Nevada, Na
C/O Cavalry Portfolio Services, Llc
Po Box 27288
Tempe, AZ  85285-7288

Jpmorgan Chase Bank
1247 Broadway
Sonoma, CA  95476

Larry Sylvia Dds
1247 Broadway
Sonoma, CA  95476

Merrick Bank C/O Resurgent Capital Svces
Po Box 10368
Greenville, SC  29603-0368

United States Treasury
Po Box 7346
Philadelphia, PA  19101-7346

Wells Fargo Bank Na
1 Home Campus Mac #X2302-04C
Des Moines, IA  50328-0001

Wells Fargo Bank
Po Box 5058  Mac P6053-021
Portland, OR  97208

Wells Fargo Bank
Po Box 63491 Mac A0143-042
San Francisco, CA  94163

Wells Fargo Home Mortgage
3476 Stateview Blvd
Mac#D3347-014
Fort Mill, SC  29715