1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

**The following constitutes
the order of the court. Signed July 14, 2014**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

5  Attorneys for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                    **Case No. 13-41335 MEH**

11 **PAMELA KIMBERLY BRIDANT,**   **Chapter 13**

12                               **ORDER VACATING DISMISSAL AND**
                                  **REINSTATING CHAPTER 13 CASE**
13                **Debtor.**
   _____/

14

15     The above named debtor having filed an Ex Parte Motion to Vacate

16 Dismissal, the Trustee having consented and good cause appearing

   therefore;

17     **IT IS ORDERED** that the dismissal entered June 20, 2014 is

18 vacated and the case is re-instated.

19                    **END OF ORDER**

20

21

22

23

24

25

26

Page 1 of 2

1                           **<u>COURT SERVICE LIST</u>**

2    'No Physical Service Required'