Entered on Docket
November 25, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

The following constitutes
the order of the court. Signed November 24, 2015


Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No: 13-41335 CN |
| **PAMELA KIMBERLY BRIDANT,** | Chapter 13 |
|         **Debtor.** _____/ | ORDER APPROVING LOAN MODIFICATION |

The Court having considered the Debtor's Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 384 Tennent Avenue, Pinole, CA 94564-1627, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

'NO physical service required'